# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:04cr121

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Vs.** ) | **ORDER** |
| ) | |
| **HARRILL LAMONT RUFF.** ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's Motion for Bond Hearing. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Bond Hearing is **ALLOWED,** and such hearing will be noticed by the Clerk on or after May 31, 2005.

**Signed: May 23, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge